IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO. 1:13-CV-03056-TWT |
| SALON AVENUE SUITE 2; SALON AVENUE SUITES, INC.; MARK ALLEN STORCH; JULIETTE COLON; ELIZABETH B. BARRON; KARI BENEDICT; HEATHER BOWEN; NANCY CLARK; DONNA McRAE; KATHERINE MILLER; MARY ROE and JANE DOE | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Maryland Casualty Company files its Certificate of Interested Persons and Corporate Disclosure Statement with the Court.

(1) The undersigned Counsel of Record for Plaintiff certifies that the following is a full and complete list of the parties in this action,

1

including as to Plaintiff any parent corporation and any publicly held corporation that owns 10% or more of the stock:

**Plaintiff:**

    (a)    Maryland Casualty Company

    (b)    Zurich American Insurance Company

    (c)    Zurich Holding Company of America, Inc.

    (d)    Zurich Insurance Company, Ltd.

    (e)    Zurich Financial Services, Ltd.

**Defendants:**

    (a)    Salon Avenue Suite 2 – on information and belief trade name used by Salon Avenue Suites, Inc.

    (b)    Salon Avenue Suites, Inc.

    (c)    Mark Allen Storch

    (d)    Juliette Colon

    (e)    Elizabeth B. Barron

    (f)    Kari Benedict

    (g)    Heather Bowen

    (h)    Nancy Clark

    (i)    Katherine Miller

(j)   Mary Roe[1]

(k)   Jane Doe[2]

(2)   The undersigned counsel of record for Plaintiff further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or a parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  the defendants listed above and for Plaintiff: Maryland Casualty Company is a wholly owned subsidiary of Zurich American Insurance Company.  Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc.  Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company, Ltd., with the remaining shares indirectly owned by Zurich Insurance Company, Ltd.  Zurich Financial Services,

---

[1] Mary Roe is a pseudonym for ▇▇▇▇▇▇▇▇, who filed a successful motion in her Underlying Lawsuit to proceed anonymously.  *Mary Roe v. Allen Mark Storch (a/k/a Mark Allen Storch, Topz Salon, Inc., Juliette P. Colon, Salon Avenue Suites, Inc., DLC Management Corporation and Sprayberry Improvements, LLC,* In The State Court of Cobb County, State of Georgia, Civil Action File No. 2013A1177-1

[2] Jane Doe is a pseudonym for ▇▇▇▇▇▇▇▇, who filed a successful motion in her Underlying Lawsuit to proceed anonymously.  *Jane Doe v. Mark A. Storch; Topz Salon, Inc.; Salon Avenue Suites, Inc.; Juliette P. Colon; DLC Management, Corporation and Sprayberry Improvements, LLC,* In The State Court of Cobb County, State of Georgia, Civil Action File No. 2013A356-1

Ltd. is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

(3) The undersigned counsel of record for Plaintiff further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:

| For Plaintiff: | For Defendants: |
|---|---|
| Linda B. Foster | Unknown or Unconfirmed at this time |
| Christopher C. Meeks | |
| Weissman, Nowack, Curry | |
| & Wilco, P.C. | |
| One Alliance Center, 4th Floor | |
| 3500 Lenox Road | |
| Atlanta, Georgia 30326 | |

Respectfully submitted this 13th day of September, 2013.

/s/ Linda B. Foster
Linda B. Foster
Georgia Bar Number 081535
Christopher C. Meeks
Georgia Bar Number 371020
*Attorneys for Plaintiff*

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
lindafoster@wncwlaw.com
christophermeeks@wncwlaw.com