IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SALON AVENUE SUITE 2; SALON AVENUE SUITES, INC.; MARK ALLEN STORCH; JULIETTE COLON; ELIZABETH B. BARRON; KARI BENEDICT; HEATHER BOWEN; NANCY CLARK; DONNA McRAE; KATHERINE MILLER; MARY ROE and JANE DOE<br><br>Defendants. | : | CIVIL ACTION FILE<br>NO. 1:13-cv-3056-TWT |

**JOINT NOTICE OF FILING AND STIPULATION AS TO REDACTIONS AND AUTHENTICITY**

COME NOW, Plaintiff Maryland Casualty Company and Defendants Salon Avenue Suite 2, Salon Avenue Suites, Inc., Mark Allen Storch, Juliette Colon, Elizabeth B. Barron, Kari Benedict, Heather Bowen, Nancy Clark, Donna McRae, Katherine Miller, Mary Roe, and Jane Doe (collectively, the "Parties") and file herewith copies of the following:

- The Rule 30(b)(6) deposition of Defendant Salon Avenue Suites, Inc. and individual deposition of Defendant Mark Allen Storch taken in this litigation on May 22, 2014.
- The Rule 30(b)(6) deposition of Defendant Salon Avenue Suites, Inc. and individual deposition of Defendant Juliette Colon taken in this litigation on May 29, 2014.
- Exhibits 1-9 to the foregoing depositions.

The attached copies are redacted to maintain the anonymity of Defendants Jane Doe and Mary Roe, both of which filed their respective underlying lawsuits pursuant to motions to proceed anonymously. *Jane Doe v. Mark A. Storch, et al.*, Civil Action File No. 2013A356-1 (State Ct. of Cobb County Feb. 1, 2013); *Mary Roe v. Allen Mark Storch, et al.*, Civil Action File No. 2013A1177-1 (State Ct. of Cobb County Apr. 11, 2013). As evidenced by the record in this lawsuit, the Parties have consistently maintained the anonymity of these parties. However, during the depositions of Mark Storch and Juliette Colon, it was necessary to refer to Jane Doe and Mary Roe by their actual names. Therefore, the Parties have agreed to the redactions contained in the above documents and stipulate as to the documents' authenticity.

Additionally, the Parties file herewith the following pleadings from the underlying lawsuits and stipulate as to the authenticity of each:

- Complaint, *Jane Doe v. Mark A. Storch, et al.*, Civil Action File No. 2013A356-1 (State Ct. of Cobb County Feb. 1, 2013)
- Complaint for Personal Injuries, *Mary Roe v. Allen Mark Storch*, *et al.*, Civil Action File No. 2013A1177-1 (State Ct. of Cobb County Apr. 11, 2013)
- Amendment to Complaint, *Mary Roe v. Allen Mark Storch*, *et al.*, Civil Action File No. 2013A1177-1 (State Ct. of Cobb County May 1, 2014)
- Complaint, *Donna McRae v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1889-7 (State Ct. of Cobb County June 21, 2013)
- Amended Complaint, *Donna McRae v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1889-7 (State Ct. of Cobb County July 12, 2013)
- Complaint, *Elizabeth Barron v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1913-4 (State Ct. of Cobb County June 24, 2013)
- Amended Complaint, *Elizabeth Barron v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1913-4 (State Ct. of Cobb County July 12, 2013)
- Complaint, *Kari Benedict v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1930-1 (State Ct. of Cobb County June 27, 2013)

- Amended Complaint, *Kari Benedict v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1930-1 (State Ct. of Cobb County July 12, 2013)

- Complaint, *Katherine Miller v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1932-1 (State Ct. of Cobb County June 27, 2013)

- Amended Complaint, *Katherine Miller v. Mark Allen Storch, et al.*, Civil Action File No. 2013A1932-1 (State Ct. of Cobb County July 12, 2013)

- Complaint, *Heather Bowen v. Mark Allen Storch, et al.*, Civil Action File No. 2013A2014-5 (State Ct. of Cobb County July 8, 2013)

- Amended Complaint, *Heather Bowen v. Mark Allen Storch, et al.*, Civil Action File No. 2013A2014-5 (State Ct. of Cobb County July 12, 2013)

- Complaint, *Nancy Clark v. Mark Allen Storch, et al.*, Civil Action File No. 2013A2103-5 (State Ct. of Cobb County July 16, 2013)

The Parties anticipate that one or more of the attached documents will be used as part of their motions for summary judgment or responses and replies to same in this lawsuit. Thus, the Parties hereby stipulate and agree that the attached documents can be referenced, cited, or used in the Parties' respective summary judgment filings in this lawsuit.

WHEREFORE, the Parties respectfully submit the attached documents and stipulate as to their authenticity and the propriety of the redactions.

Respectfully submitted this 7th day of July, 2014.

Consented to by:

/s/ Christopher C. Meeks
Seth M. Friedman
Georgia Bar No. 141501
Christopher C. Meeks
Georgia Bar Number 371020

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com
christophermeeks@wncwlaw.com
*Attorneys for Maryland Casualty Company*

/s/J. Blair Craig, II
J. Blair Craig, II
Georgia Bar No. 192850
(by CCM w/express permission)

WOOD & CRAIG, LLC
197 14th Street NW
Suite 200
Atlanta, Georgia 30318
(404) 888-9962
(404) 759-2326 (Fax)
blair@woodcraig.com
*Attorney for Defendants Salon Avenue Suite 2, Salon Avenues Suites, Inc., Mark Allen Storch, and Juliette Colon*

/s/Richard G. Farnsworth
Richard G. Farnsworth
Georgia Bar No. 255425
(by CCM w/express permission)

PO Box 550332
Atlanta, Georgia 30355-0332
(404) 525-8500
(404) 525-5511 (Fax)
RGF56@hotmail.com
*Attorney for Defendant Mary Roe*

/s/E. Brian Watkins
E. Brian Watkins
Georgia Bar No. 740426
(by CCM w/express permission)

E. BRIAN WATKINS, PC
One Capital City Plaza
3350 Peachtree Road, Suite 1225
Atlanta, Georgia 30326
(404) 355-3620
(404) 344-3685 (Fax)
brian@ebrianwatkinslaw.com
*Attorney for Defendant Jane Doe*

/s/Albert Maitland Yates, III
Albert Maitland Yates, III
Georgia Bar No. 780360
(by CCM w/express permission)

KAUFMAN LAW, PC
100 Galleria Parkway SE, Suite 1100
Atlanta, Georgia  30339
(404) 355-4000
(404) 350-0909 (Fax)
tmy@kaufmanlaw.net
*Attorney for Defendants Elizabeth B. Barron, Kari Benedict, Heather Bowen, Nancy Clark, Donna McRae, and Katherine Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2014, I electronically filed the foregoing JOINT NOTICE OF FILING AND STIPULATION AS TO REDACTIONS AND AUTHENTICITY with the Court using the CM/ECF system which will automatically send E-mail notification of such filing to the following attorney of record:

J. Blair Craig, II, Esq.
blair@woodcraig.com

E. Brian Watkins, Esq.
brian@ebrianwatkinslaw.com

Richard G. Farnsworth, Esq.
RGF56@hotmail.com

Albert Maitland Yates, III, Esq.
tmy@kaufmanlaw.net

/s/Christopher C. Meeks
Christopher C. Meeks
Georgia Bar Number 371020
*Attorney for Plaintiff*

WEISSMAN, NOWACK,
CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
christophermeeks@wncwlaw.com