IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION FILE NO. 1:13-cv-3056-TWT |
| SALON AVENUE SUITE 2, ET AL., | : : | |
| Defendants. | : | |

### PLAINTIFF MARYLAND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Maryland Casualty Company ("MCC") hereby respectfully moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this motion, MCC relies on the following:

- MCC's Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried.

- MCC's Brief in Support of Its Motion for Summary Judgment.

- MCC's Appendix of Exhibits in Support of Its Motion for Summary Judgment.

- The Rule 30(b)(6) deposition of Defendant Salon Avenue Suites, Inc. and individual deposition of Defendant Mark Allen Storch taken in this litigation

on May 22, 2014.  The pages of the transcript cited by MCC are attached as Exhibit "1" to MCC's Appendix of Exhibits.

- The Rule 30(b)(6) deposition of Defendant Salon Avenue Suites, Inc. and individual deposition of Defendant Juliette Colon taken in this litigation on May 29, 2014.  The pages of the transcript cited by MCC are attached as Exhibit "2" to MCC's Appendix of Exhibits.
- The Affidavit of Matthew Combest.  A copy of the affidavit is attached as Exhibit "14" to MCC's Appendix of Exhibits.

In its Brief in Support of its Motion for Summary Judgment, MCC shows the Court that there are no genuine issues of material fact and that MCC is entitled to summary judgment as a matter that it has no duty to defend or indemnify Defendants Salon Avenue Suite 2, Salon Avenue Suites, Inc., Mark Storch, or Juliette Colon in connection with any demands, claims, or suits filed or asserted by Defendants Elizabeth B. Barron, Kari Benedict, Heather Bowen, Nancy Clark, Donna McRae, Katherine Miller, Mary Roe, or Jane Doe.  Wherefore, MCC respectfully requests that this Court grant its motion for summary judgment.

3

Respectfully submitted this 7th day of July, 2014.

/s/Christopher C. Meeks
Seth M. Friedman
Georgia Bar No. 141501
Christopher C. Meeks
Georgia Bar No. 371020
*Attorneys for Plaintiff*

Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com
christophermeeks@wncwlaw.com

3

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO. 1:13-cv-3056-TWT |
| SALON AVENUE SUITE 2, ET AL., | : | |
| | : | |
| Defendants. | : | |

**<u>CERTIFICATE OF COMPLIANCE</u>**

Counsel certifies that this filing is prepared with Times New Roman 14-point font in compliance with Local Rule 5.1.

This 7th day of July, 2014.

                                                                           /s/Christopher C. Meeks
                                                                           Christopher C. Meeks

WEISSMAN, NOWACK,                           Georgia Bar Number 371020
CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
Fax (404) 926-4600

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing **PLAINTIFF MARYLAND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** with the Court using the CM/ECF system which will automatically send E-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| J. Blair Craig, II, Esq.<br>blair@woodcraig.com | E. Brian Watkins, Esq.<br>brian@ebrianwatkinslaw.com |
| Richard G. Farnsworth, Esq.<br>RGF56@hotmail.com | Albert Maitland Yates, III, Esq.<br>tmy@kaufmanlaw.net |

/s/Christopher C. Meeks
Christopher C. Meeks
Georgia Bar Number 371020
*Attorney for Plaintiff*

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
christophermeeks@wncwlaw.com