IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION FILE NO. 1:13-cv-3056-TWT |
| SALON AVENUE SUITE 2, ET AL., | : : | |
| Defendants. | : | |

### PLAINTIFF MARYLAND CASUALTY COMPANY'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

1. Excerpts from the Rule 30(b)(6) deposition of Defendant Salon Avenue Suites, Inc. and individual deposition of Defendant Mark Storch (See full deposition filed with the Court).

2. Excerpts from the Rule 30(b)(6) deposition of Defendant Salon Avenue Suites, Inc. and individual deposition of Defendant Juliette Colon (See full deposition filed with the Court).

3. Complaint for Personal Injuries in *Roe v. Storch*, No. 2013-A-1177-1 (State Ct. Cobb County Apr. 11, 2013) (Filed with the Court).

4. Complaint in *Doe v. Storch*, No. 2013-A-356-1 (State Ct. Cobb County Feb. 1, 2013) (Filed with the Court).

1

5. Complaint in *Bowen v. Storch*, No. 2013-A-2014-5 (State Ct. Cobb County July 8, 2013) (Filed with the Court).

6. Complaint in *McRae v. Storch*, No. 2013-A-1889-7 (State Ct. Cobb County June 21, 2013) (Filed with the Court).

7. Complaint in *Barron v. Storch*, No. 2013-A-1913-4 (State Ct. Cobb County June 24, 2013) (Filed with the Court).

8. Complaint in *Miller v. Storch*, No. 2013-A-1932-1 (State Ct. Cobb County June 27, 2013) (Filed with the Court).

9. Complaint in *Benedict v. Storch*, No. 2013-A-1930-1 (State Ct. Cobb County June 27, 2013) (Filed with the Court).

10. Complaint in *Clark v. Storch*, No. 2013-A-2103-5 (State Ct. Cobb County July 16, 2013) (Filed with the Court).

11. Amendment to Complaint in *Roe v. Storch*, No. 2013-A-1177-1 (State Ct. Cobb County May 1, 2014) (Filed with the Court).

12. July 29, 2012 Correspondence (Exhibit 8 to the Depositions of Salon Avenue Suites, Inc., Mark Storch, and Juliette Colon).

13. Indictment in *State v. Storch*, No. 132834 (Superior Ct. Cobb County July 25, 2013) (Exhibit 7 to the Depositions of Salon Avenue Suites, Inc., Mark Storch, and Juliette Colon).

14. Affidavit of Matthew Combest and exhibit (Filed with the Court).

15. Excerpts from Policy No. PAS04518405 (Nov. 15, 2010) (Full copies at Doc. 1-1, 1-2).

16. Excerpts from Policy No. PAS04518405 (Nov. 15, 2011) (Full copies at Doc. 1-3, 1-4).

Respectfully submitted this 7th day of July, 2014.

/s/Christopher C. Meeks
Seth M. Friedman
Georgia Bar No. 141501
Christopher C. Meeks
Georgia Bar No. 371020
*Attorneys for Plaintiff*

Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
sethfriedman@wncwlaw.com
christophermeeks@wncwlaw.com

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO. 1:13-cv-3056-TWT |
| SALON AVENUE SUITE 2, ET AL., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF COMPLIANCE

Counsel certifies that this filing is prepared with Times New Roman 14-point font in compliance with Local Rule 5.1.

This 7th day of July, 2014.

                                                          /s/Christopher C. Meeks
                                                          Christopher C. Meeks
                                                          Georgia Bar Number 371020

WEISSMAN, NOWACK,
CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
Fax (404) 926-4600

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF MARYLAND CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** with the Court using the CM/ECF system which will automatically send E-mail notification of such filing to the following attorney of record: :

| | |
|---|---|
| J. Blair Craig, II, Esq.<br>blair@woodcraig.com | E. Brian Watkins, Esq.<br>brian@ebrianwatkinslaw.com |
| Richard G. Farnsworth, Esq.<br>RGF56@hotmail.com | Albert Maitland Yates, III, Esq.<br>tmy@kaufmanlaw.net |

/s/Christopher C. Meeks
Christopher C. Meeks
Georgia Bar Number 371020
*Attorney for Plaintiff*

WEISSMAN, NOWACK, CURRY & WILCO, P.C.
One Alliance Center
3500 Lenox Road, 4th Floor
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4600 (Fax)
christophermeeks@wncwlaw.com

5