IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :     CIVIL ACTION FILE <br> :     NO. 1:13-cv-3056-TWT |
| SALON AVENUE SUITE 2; SALON AVENUE SUITES, INC.; MARK ALLEN STORCH; JULIETTE COLON; ELIZABETH B. BARRON; KARI BENEDICT; HEATHER BOWEN; NANCY CLARK; DONNA McRAE; KATHERINE MILLER; MARY ROE and JANE DOE | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## SALON AVENUE SUITE 2, SALON AVENUE SUITES, INC., MARK ALLEN STORCH and JULIETTE COLON'S RESPONSE TO MARYLAND CASUALTY COMPANY'S STATEMENTS OF FACTS NOT IN DISPUTE

Come Now the above-named defendants and respectfully submit the following:

1.

These defendants contest and deny statement of material fact number 14. Defendants acknowledge that the underlying tort plaintiffs made such allegations

1

in their complaints. However, defendants' attorneys denied such allegations. Further, see Deposition and Affidavit of Mary Roe and Amended Complaint (Exhibits "C," "D" and "E").

2.

These defendants contest and deny statement of material fact number 15. Defendants acknowledge that the underlying tort plaintiffs made such allegations in their complaints. However, defendants' attorneys denied such allegations. Further, see Deposition and Affidavit of Mary Roe and Amended Complaint (Exhibits "C," "D" and "E").

3.

These defendants contest and deny statement of material fact number 16. Defendants acknowledge that the underlying tort plaintiffs made such allegations in their complaints. However, defendants' attorneys denied such allegations. Further, see Deposition and Affidavit of Mary Roe and Amended Complaint (Exhibits "C," "D" and "E").

4.

These defendants contest and deny statement of material fact number 17. Defendants acknowledge that the underlying tort plaintiffs made such allegations in their complaints. However, defendants' attorneys denied such allegations.

Further, see Deposition and Affidavit of Mary Roe and Amended Complaint (Exhibits "C," "D" and "E").

5.

These defendants contest statement of material fact number 38 and specifically the existence of such images. Defendants acknowledge that the underlying tort plaintiffs made such allegations in their complaints. However, defendants' attorneys denied such allegations. Further, see Deposition and Affidavit of Mary Roe and Amended Complaint (Exhibits "C," "D" and "E").

6.

These defendants contest and deny statement of material fact number 39 and specifically that Storch agreed to a revocation of his probation; however, defendants do not dispute that Storch's probation was revoked for the specified offense. Defendants acknowledge that the underlying tort plaintiffs made such allegations in their complaints. However, defendants' attorneys denied such allegations. Further, see Deposition and Affidavit of Mary Roe and Amended Complaint (Exhibits "C," "D" and "E").

Respectfully submitted, this 4th day of August, 2014.

/s/ J. Blair Craig, II
Georgia Bar No. 192850

                                              Attorney for Defendants Salon Avenue Suite 2;
                                              Salon Avenue Suites, Inc.; Mark Allen Storch
                                              and Juliette Colon

Wood & Craig, LLC
1201 Peachtree Street, N.E., Suite 1700
Atlanta, GA 30361
(404) 888-9962
(404) 759-2326
blair@woodcraig.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2014, I electronically filed the foregoing SALON AVENUE SUITE 2, SALON AVENUE SUITES, INC., MARK ALLEN STORCH and JULIETTE COLON'S RESPONSE TO MARYLAND CASUALTY COMPANY'S STATEMENTS OF FACTS NOT IN DISPUTE with the Court using the CM/ECF system which will automatically send E-mail notification of such filing to the following attorneys of record:

Seth Friedman
sethfriedman@wncwlaw.com

Christopher Meeks
christophermeeks@wncwlaw.com

Richard G. Farnsworth, Esq.
RGF56@hotmail.com

E. Brian Watkins, Esq.
brian@ebrianwatkinslaw.com

Albert Maitland Yates, III, Esq.
tmy@kaufmanlaw.net

/s/J. Blair Craig, II
J. Blair Craig, II
Georgia Bar No. 192850

WOOD & CRAIG, LLC
1201 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30361
(404) 888-9962; (404) 759-2326 (Fax)
blair@woodcraig.com

*Attorney for Defendants Salon Avenue Suite 2,*
*Salon Avenues Suites, Inc., Mark Allen Storch and Juliette Colon*